```
                        IN THE
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

                         * * *
```

**UNITED STATES OF AMERICA**          )
                                          )
         **Plaintiff;**    )
                                          )
         **v.**                 ) CR NO 06-0308 (JMF)
                                          )
                                          )
**CARLOS SERRANO,**                   )
                                          )
         **Defendant.**    )

---

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                        Respectfully submitted,

                        A.J. KRAMER
                        FEDERAL PUBLIC DEFENDER


                              /S/
                        By:_____
                        TONY AXAM, JR.
                        Assistant Federal Public Defender
                        625 Indiana Avenue, N.W., Suite 550
                        Washington, D.C.  20004
                        (202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this 11<u>TH</u> day of June, 2006.

                              /s/
                        By:_____
                        TONY AXAM, JR.