UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| | : | |
| | : | VIOLATIONS:  18 U.S.C. § 286, 1341, 2, |
| v. | : | 981, 28 U.S.C. § 2461 |
| | : | (Conspiracy to Defraud the Government |
| | : | With Respect to Claims, Mail Fraud, |
| **CARLOS SERRANO,** | : | Causing an Act to Be Done) |
| | : | |
| Defendant. | : | UNDER SEAL |

**GOVERNMENT'S MOTION TO SEAL INFORMATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to place under seal until further order of the Court the Information in the above-entitled case, as well as the Government's Motion to Seal and this Court's Order Sealing the aforesaid documents.

In support of its motion, the Government states as follows:

1.    The Information is being filed as part of an on-going criminal investigation.

2.    Premature public notice of the Information would compromise an on-going criminal investigation by:  (a) causing prospective witnesses to be deterred from testifying or less likely to provide truthful testimony to the grand jury; (b) causing potential witnesses and targets to destroy documentary evidence which may be subpoenaed by the grand jury; and (c) causing potential witnesses and targets to avoid returning to the United States from their overseas destinations.  These factors are particularly important in this investigation because various witnesses are believed to have relevant information and may control relevant documents which may not be available from other third party sources.

3.      Accordingly, the Government submits that these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Information until further Order of the Court.[1]

WHEREFORE, the Government respectfully requests that the Information, together with this motion and all other pleadings and filings made in connection with this Information, be placed under seal until further Order of the Court.

>                       Respectfully submitted,
>
>                       JEFFREY A. TAYLOR
>                       D.C. BAR NO. 498610
>                       ATTORNEY OF THE UNITED STATES
>                       IN AND FOR THE DISTRICT OF COLUMBIA
>
> BY:                   _____
>                       Michael K. Atkinson
>                       Assistant United States Attorney
>                       D.C. Bar No. 430517
>                       United States Attorney's Office
>                       Fraud & Public Corruption Section
>                       555 4th Street, N.W.
>                       Washington, D.C.  20530
>                       (202) 616-3702
>                       (202) 307-2304 (fax)

DATED:  October 4, 2006

---

[1] See Washington Post v. Robinson, 935 F.2d 282, 289, f.n.10 (D.C. Cir. 1991).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| | : | **VIOLATIONS: 18 U.S.C. § 286, 1341, 2,** |
| **v.** | : | **981, 28 U.S.C. § 2461** |
| | : | **(Conspiracy to Defraud the Government** |
| | : | **With Respect to Claims, Mail Fraud,** |
| **CARLOS SERRANO,** | : | **Causing an Act to Be Done)** |
| | : | |
| Defendant. | : | **UNDER SEAL** |

## ORDER TO SEAL

Upon motion of the United States of America, good cause having been shown, it is hereby ordered that the Information, together with this Motion to Seal, Order to Seal and all other pleadings and filings made in connection with this Information, shall be SEALED until further Order of the Court.

Entered in Washington, D.C., this ____ Day of October, 2006.


_____
UNITED STATES DISTRICT COURT