FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 10 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-297-RWR |
| | : | |
| | : | VIOLATIONS: 18 U.S.C. § 286, 1341, 2, |
| v. | : | 981, 28 U.S.C. § 2461 |
| | : | (Conspiracy to Defraud the Government |
| | : | With Respect to Claims, Mail Fraud, |
| CARLOS SERRANO, | : | Causing an Act to Be Done) |
| | : | |
| Defendant. | : | UNDER SEAL |

ORDER TO SEAL

Upon motion of the United States of America, good cause having been shown, it is hereby ordered that the Information, together with this Motion to Seal, Order to Seal and all other pleadings and filings made in connection with this Information, shall be SEALED until further Order of the Court.

Entered in Washington, D.C., this \_5\_ Day of October, 2006.

_____
UNITED STATES DISTRICT COURT