U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**
NOV 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | |
| CARLOS SERRANO, | : | Case No. 06-297 (RWR) |
| Defendant. | : | |

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this __21th__ day of __NOVEMBER, 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __a date convenient to both parties__ by __Special Agent Patrick Westerhaus__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Patrick Westerhaus__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge ~~(U.S. Magistrate)~~ Richard W. Roberts

DOJ USA-16-1-80

DEFENSE COUNSEL