UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Criminal No. 06-297 (RWR) |
| ) | UNDER SEAL |
| **CARLOS SERRANO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**JOINT STATUS REPORT**

On November 21, 2006, the Court held a plea hearing in the above-captioned case for the purpose of accepting a guilty plea by defendant Carlos Serrano to a two-count Information charging him with conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, at the defendant's request, the Court instead entered a plea of not guilty on behalf of the defendant and the parties agreed to toll the running of the Speedy Trial Act until February 2, 2007, and to submit a joint status report to the Court by December 18, 2006. The Court scheduled a hearing in this matter to begin at 9:45 a.m. on February 2, 2007.

The parties have been actively considering and discussing how best to resolve this matter. Mr. Serrano has been in ongoing consultation with his counsel and his family. The defense requests two additional weeks within which to file a status report with the Court indicating the likely course this matter will take. The parties, therefore, jointly request that this Court keep this matter scheduled for a hearing on February 2, 2007 and allow them to file a joint status report on or before January 5, 2007.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004
(202) 208-7500

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA


BY:

_____/s/_____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
555 4th Street, NW
Washington, D.C. 20530
(202) 616-3702


_____/s/_____
HANK BOND WALTHER
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 257-6176

Counsel for the United States of America

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>)<br>**CARLOS SERRANO,** )<br>)<br>**Defendant.** )<br>_____) | Criminal No. 06-297 (RWR)<br>UNDER SEAL |

**O R D E R**

Upon consideration of parties Joint Status Report of December 18, 2006, and the entire record in this matter, it is

**ORDERED** that the parties shall submit a joint status report no later than January 5, 2007,

**SO ORDERED** this _____ day of _____, 2006.


_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

Tony Axam, Jr., AFPD
Michael Atkinson, AUSA
Hank Walther, USDOJ