UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>            Plaintiff,                       )<br>     v.                                         )<br>                                                       )<br>                                                       )<br>CARLOS SERRANO,                    )<br>                                                       )<br>            Defendant.                    )<br>_____) | Criminal No. 06-297 (RWR)<br>UNDER SEAL |

## STATUS REPORT

On November 21, 2006, the Court held a plea hearing in the above-captioned case for the purpose of accepting a guilty plea by defendant Carlos Serrano to a two-count Information charging him with conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, at the defendant's request, the Court instead entered a plea of not guilty on behalf of the defendant and the parties agreed to toll the running of the Speedy Trial Act until February 2, 2007. The parties agreed to submit a joint status report to the Court by December 18, 2006. On that date the parties requested until January 5, 2007 to submit their report. A hearing in this matter is scheduled for February 2, 2007 at 9:45 a.m.

  The parties have been actively considering this matter.  At this time no resolution has been reached.  At the February 2, 2007 date the defense anticipates requesting the Court to schedule this matter for trial.

            Respectfully submitted,

            A.J. KRAMER
            FEDERAL PUBLIC DEFENDER

            _____
            Tony Axam, Jr.
            Assistant Federal Public Defender
            625 Indiana Ave., N.W., Ste. 550
            Washington, D.C. 20004
            (202) 208-7500

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2007 a copy of the foregoing Status Report was served on the Assistant United States Attorney, Michael K. Atkinson, Esquire by delivery to the mail box of the United States Attorney in the Federal District Courthouse and via first class mail to Hank Bond Walther, Trial Attorney, United States Department of Justice.

.

_____
Tony Axam, Jr.
Assistant Federal Public Defender