UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| v.  ) | |
| ) | Criminal No. 06-297 (RWR) |
| ) | UNDER SEAL |
| CARLOS SERRANO,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Defendant, Carlos Serrano, through undersigned counsel, respectfully requests that the Court reschedule the status hearing currently set for February 2, 2007 at 9:45 a.m. to a date convenient for the Court the week of March 12, 2007.

In support of this motion, counsel for Mr. Serrano submits the following:

1. Counsel for the government does not oppose this request.

2. As indicated in the Joint Status Report filed on January 5, 2007, the parties have been unable to reach a non-trial resolution in this matter. As a result, the government has indicated that it will likely dismiss the pending Information and file an Indictment, possibly in a different district. No substantive proceedings can be resolved by the parties at the February 2, 2007 hearing.

3. Mr. Serrano traveled to Washington, D.C. from San Francisco, California once at his own expense and would have to do so a second time if the February 2, 2007 hearing remains. Unfortunately, Mr. Serrano has limited financial means to conduct such travel. He seeks a continuance of the February 2, 2007 to a later date when it will be more clear whether he be indicted in this district or elsewhere.

Wherefore, Mr. Serrano, respectfully requests that status hearing be rescheduled to a date convenient for the Court during the week of March 12, 2007.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served upon Assistant United States Attorney Michael Atkinson and Attorney Hank Walther by electronic means and by delivery to the mailbox designated for the Office of the U.S. Attorney at the District of Columbia U.S. District Courthouse on this 26th day of January, 2007.

_____/s/_____
Tony Axam, Jr.
Assistant Federal Public Defender

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| **v.** | ) |
| | )   **Criminal No. 06-297 (RWR)** |
| | )   **UNDER SEAL** |
| **CARLOS SERRANO,** | ) |
| | ) |
|       **Defendant.** | ) |
| _____ | ) |

**ORDER**

Upon consideration of defendant Carlos Serrano's unopposed motion to continue the status hearing in this matter,

ORDERED that defendant Serrano's Motion is granted; and it is further

ORDERED that the hearing currently scheduled for February 2, 2007 at 9:45 a.m. is rescheduled for _____ 2007, at _____;

SO ORDERED this _____ day of _____, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:  Tony Axam, AFPD
              Michael Atkinson, AUSA
              Hank Walther, USDOJ