UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 06-297 (RWR) |
| ) | UNDER SEAL |
| CARLOS SERRANO, ) | |
| Defendant. ) | |

### ORDER

Upon consideration of defendant Carlos Serrano's unopposed motion to continue the status hearing in this matter,

ORDERED that defendant Serrano's Motion is granted; and it is further

ORDERED that the hearing currently scheduled for February 2, 2007 at 9:45 a.m. is rescheduled for **March 16** 2007, at **9:45 a.m.** Speedy Trial time shall be excluded until March 16, 2007.

SO ORDERED this **26th** day of **January**, 2007. for the same reasons and based upon the same findings as were stated on the record at the November 21, 2006 hearing.

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to: Tony Axam, AFPD
Michael Atkinson, AUSA
Hank Walther, USDOJ