# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Criminal No.  06-297 (RWR)** |
| | ) | **UNDER SEAL** |
| **CARLOS SERRANO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## DEFENDANT'S MOTION
## FOR PERMISSION TO TRAVEL OUTSIDE JURISDICTION OF SUPERVISION

Defendant Carlos Serrano, through undersigned counsel, respectfully requests this Court grant him permission to travel outside the jurisdiction of his pretrial supervision for the purpose of attending the wedding of his son.

Mr. Serrano requests permission to leave the San Francisco, California metropolitan area on March 7, 2007 in the company of his wife.  They will travel to Kona, Hawaii by plane.  They will return on March 13, 2007.  Mr. Serrano is next due before this Court on March 16, 2007 at 9:45 a.m.

Mr. Serrano is currently on pretrial release on his own recognizance and a $50,000 unsecured bond.  Counsel for Mr. Serrano spoke with a representative of the Pre-Trial Services Agency on February 20, 2007 who indicates that Mr. Serrano is in compliance with his conditions of release.  Counsel for the government has indicated that it does not oppose this request.

WHEREFORE, it is respectfully requested that this Court issue an ORDER granting Mr.

Serrano permission to travel from California to Hawaii.


Respectfully submitted,


A.J. KRAMER
FEDERAL PUBLIC DEFENDER


____/s/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202)  208-7500

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February, 2007, the foregoing Motion was served by delivery to the box for the United States Attorney in the Federal Courthouse upon Michael Atkinson and Hank Walther, Office of the United States Attorney for the District of Columbia, 555  4th Street, N.W. Washington, D.C.  20001

_____/s/_____

Tony Axam, Jr.
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Criminal No.  06-297 (RWR)** |
| | ) | **UNDER SEAL** |
| **CARLOS SERRANO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of defendant Carlos Serrano's Motion for Permission to Travel

Outside the Jurisdiction, it is this _____ day of _____, 2007 hereby:

ORDERED that defendant Carlos Serrano's Motion is granted; and it is further

ORDERED that Mr. Serrano be permitted to leave California on March 7, 2007 and to

return to that jurisdiction no later than March 13, 2007, while continuing to maintain contact with

the Pre-trial Services Agency by telephone during his absence from the area.

_____

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies to:

Tony Axam, Jr., AFPD
Michael Atkinson, AUSA
Hank Walther, USDOJ
Tammy Everitt, PSA