UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 06-0297 (RWR)** |
| | : | |
| | : | <u>**UNDER SEAL**</u> |
| **CARLOS SERRANO,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION TO DISMISS THE INFORMATION

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Information filed against defendant Carlos Serrano. On November 21, 2006, the Court held a plea hearing in which defendant Carlos Serrano intended to plead guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2) as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, defendant Serrano decided to enter a plea of not guilty to the Information and, as a result, the Court did not accept Serrano's guilty plea. A status hearing in this case is currently scheduled for 9:45 a.m. on March 16, 2007, and, by Order of this Court, the Speedy Trial time has been excluded through March 16, 2007.

On February 22, 2007, a grand jury empaneled in the Middle District of California indicted defendant Serrano on charges of conspiracy to commit bank fraud, bank fraud, and forfeiture, based on conduct that is related to the conduct underlying the Information currently pending against defendant Serrano in this Court. Defendant Serrano made an initial appearance in the Middle District of California on February 26, 2007, and is now under the supervision of both the Middle District of California and the District of Columbia.

Counsel for defendant Serrano, Assistant Federal Public Defender Tony Axam, Jr., does not oppose this Motion.

Accordingly, the government respectfully requests that the Court dismiss the Information pending against defendant Serrano in this district and cancel the hearing currently scheduled for March 16, 2007, at 9:45 a.m.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
IN AND FOR THE DISTRICT OF COLUMBIA

BY: _____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar #430517
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
(202) 616-3702


_____
Hank Bond Walther
D.C. Bar # 477218
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 257-6176

Date:   February 27, 2007

## CERTIFICATE OF SERVICE

       This is to certify that on this 27th day of February, 2007, I served by first-class mail a copy of the foregoing Government's Motion to Dismiss the Information and proposed Order by delivery to the box for the Federal Public Defender in the Federal Courthouse upon:

Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004

Counsel for defendant Carlos Serrano

                                                                    _____
                                                                    Michael K. Atkinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **CRIMINAL NO.  06-297 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CARLOS SERRANO,** | : | |
| | : | **UNDER SEAL** |
| Defendant. | : | |

# ORDER

Upon consideration of the Motion filed by the government, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Information filed against defendant Carlos Serrano and the entire record in this matter, it is this _____ day of _____, 2007, hereby

**ORDERED**, that the Motion filed by the government, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Information filed against defendant Carlos Serrano is hereby Granted; and it is further

**ORDERED**, that the Information filed against defendant Carlos Serrano is hereby Dismissed.

_____
Richard W. Roberts
United States District Court Judge

cc: Michael K. Atkinson
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Hank B. Walther
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005

Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004