UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | :   CRIMINAL NO. 06-297 (RWR) |
| | : |
| v. | : |
| | : |
| | : |
| CARLOS SERRANO, | : |
| | :   UNDER SEAL |
| Defendant. | : |

### ORDER

Upon consideration of the Motion filed by the government, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Information filed against defendant Carlos Serrano and the entire record in this matter, it is this 1st day of March, 2007, hereby

**ORDERED**, that the Motion filed by the government, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Information filed against defendant Carlos Serrano is hereby Granted; and it is further

**ORDERED**, that the Information filed against defendant Carlos Serrano is hereby Dismissed.

_____
Richard W. Roberts
United States District Court Judge