UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 06-0297 (RWR) |
| | : | |
| | : | **UNDER SEAL** |
| CARLOS SERRANO, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO UNSEAL THE INFORMATION
AND OTHER PLEADINGS, RECORDS, AND FILES IN THIS CASE**

The Government, through its undersigned counsel, respectfully submits this Motion to Unseal the Information and other Pleadings, Records and Files in this Case. On October 5, 2006, the Government filed an Information and Statement of Offense in this case. On October 19, 2006, the Court entered an Order granting the Government's Motion to Seal the Information and other pleadings, records and files in this case. The Order required the Government to notify the Court as soon as the need for sealing no longer exists. The purpose of this Motion to Unseal is to notify the Court that there is no longer a need to seal the Information and other pleadings, records and files in this matter due to defendant Serrano's indictment on related charges in the Middle District of California.

On November 21, 2006, the Court held a plea hearing in which defendant Carlos Serrano intended to plead guilty to the Information filed against him on October 5, 2006. At that hearing, however, defendant Serrano decided to enter a plea of not guilty to the Information. As a result, the Court did not accept Serrano's guilty plea.

On February 22, 2007, a grand jury empaneled in the Middle District of California indicted defendant Serrano on charges of conspiracy to commit bank fraud, bank fraud, and forfeiture, based on conduct that is related to the conduct underlying the Information filed

against defendant Serrano in this Court. The indictment returned against defendant Serrano was filed publicly in the Middle District of California. As a result of the public filing of the Indictment against defendant Serrano in the Middle District of California, there is no longer a need to seal the Information and other pleadings, records and files in this case.

Counsel for defendant Serrano, Assistant Federal Public Defender Tony Axam, Jr., does not oppose this Motion.

Accordingly, the government respectfully requests that the Court unseal the Information and other pleadings, records and files in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
IN AND FOR THE DISTRICT OF COLUMBIA

BY:      _____/s/_____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar #430517
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
(202) 616-3702

_____/s/_____
Hank Bond Walther
D.C. Bar # 477218
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005

DATED: March 15, 2007            (202) 257-6176

## CERTIFICATE OF SERVICE

      This is to certify that on this 15th day of March, 2007, I served by first-class mail a copy of the foregoing Government's Motion to Unseal and proposed Order by delivery to the box for the Federal Public Defender in the Federal Courthouse upon:

Tony Axam, Jr.  
Assistant Federal Public Defender  
625 Indiana Avenue, N.W., Suite 550  
Washington, D.C. 20004

Counsel for defendant Carlos Serrano

_____/s/_____

Michael K. Atkinson

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **CRIMINAL NO.   06-297 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CARLOS SERRANO,** | : | |
| | : | **UNDER SEAL** |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Motion to Unseal filed by the government, and the entire record in this matter, it is this _____ day of _____, 2007, hereby

**ORDERED**, that the Motion to Unseal filed by the government is hereby Granted; and it is further

**ORDERED**, that the Information and other pleadings, records and files in this case shall be Unsealed.

_____
Richard W. Roberts
United States District Court Judge

cc: Michael K. Atkinson
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Hank Bond Walther
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005

Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004