UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | CRIMINAL NO. 06-297 (RWR) |
| v. | : | |
| | : | |
| | : | **FILED** |
| CARLOS SERRANO, | : | |
| | : | UNDER SEAL  APR 3 - 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Motion to Unseal filed by the government, and the entire record in this matter, it is this 2nd day of April, 2007, hereby

**ORDERED**, that the Motion to Unseal filed by the government is hereby Granted; and it is further

**ORDERED**, that the Information and other pleadings, records and files in this case shall be Unsealed.

_____
Richard W. Roberts
United States District Court Judge

